UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:  
JULIA INGRAM,  
      Debtor.  
_____/

Case No: 6:15-bk-09371-KSJ  
Chapter 13

## NOTICE OF PRELIMINARY HEARING

**NOTICE IS HEREBY GIVEN** that a preliminary hearing in this case will be held on August 7, 2018 at 2:00 p.m., Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801 to consider and act upon the following and transact such other business that may come before the court:

**Motion for Referral to Mortgage Modification Mediation with MTGLQ, Investors LP, serviced by Rushmore Loan Management Services**
**(Doc 50)**

**Motion to Abate Notice of Mortgage Payment Change**
**(Doc 51)**

**Motion to Impose Automatic Stay Doc**
**(Doc 52)**

    Appropriate Attire. You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

    Avoid delays at Courthouse security checkpoints. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

### *** NOTICE REGARDING EXHIBITS FOR EVIDENTIARY HEARINGS ***

    In accordance with Local Rule 9070-1, all exhibits must be pre-marked. A list of exhibits must also be filed, listing pertinent information in the manner described in subsection (d) of this rule.

    All parties intending to file exhibits are hereby notified that is such exhibits and discovery materials are not removed within **thirty (30) days** after an order or judgment concluding this matter has been entered, including the entry of an order determining any post-judgment motions, provided that no appeal is pending or has been taken, the Clerk will destroy exhibits without further notice. Parties should contact the Clerk to make arrangements to reclaim exhibits during the 30-day limit set herein.

DATED ON  June 9, 2018

                                          /s/ Robert B. Branson
                                          _____

Robert B. Branson, Esquire
Florida Bar No.: 800988

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing has been sent by either electronic transmission on June 9, 2018 or by U.S. Mail the th day of June 11, 2018, to: Laurie K. Weatherford, Trustee, PO Box 3450, Winter Park, FL 32790; Debtor; and to MTGLQ, Investors, LP, serviced by Rushmore Loan Management Services, c/o Robertson, Anschutz & Schneid, P.L., Attn. Justin D. Plean and Madison Carol Wilson, 6409 Congress Avenue, Ste 100, Boca Raton, FL 33487.

/s/ Robert B. Branson
_____
Robert B. Branson, Esquire
Florida Bar No.: 800988
E-mail: *robert@bransonlaw.com*
**BransonLaw, PLLC**
1501 E. Concord Street
Orlando, Florida 32803
Telephone: (407) 894-6834
Facsimile: (407) 894-8559
Attorney for Debtor