UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                          Case No: 6:15-bk-09371-KSJ
JULIA INGRAM,                                   Chapter 13
        Debtor.
_____/

---

### NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 14 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at 400 West Washington Street, Suite 5100, Orlando, FL 32801and serve a copy on the movant's attorney, BransonLaw, PLLC, 1501 East Concord Street, Orlando, Florida 32803, and any other appropriate persons within the time allowed.

If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

### MOTION TO USE CASH COLLATERAL
(Re: 3997 Orkney Avenue, Orlando, FL 32809; Loan #***2999)

Debtor JULIA INGRAM, by and through the undersigned counsel, files this Motion to Use of Cash Collateral and would state as follows:

1.      The Debtor's real property located at 3997 Orkney Avenue, Orlando, FL 32809 [the "property"], incurred damage and the Debtor submitted a claim for indemnification to her insurance company.

2.       MTGLQ Investors, serviced by Rushmore Management Services, holds Claim 1 which is secured by a mortgage on the property.

3.      The insurance company issued a check [the "check"] in the amount of $41,806.55, payable to the Debtor and Rushmore Loan Management Services, a copy of which is attached hereto as Exhibit A, for payment of repair costs incurred by the Debtor.

4.      Rushmore Loan Management Services should endorse the check in order to make the repairs to the home despite repeated demands.

5.    In accordance with Bankruptcy Code Section 363(c), Debtor requests the use of the cash collateral to repair the property.

WHEREFORE, the Debtor requests the Court grant this Motion for Use of Cash Collateral, order Rushmore Loan Management Services to endorse and return the check to the Debtor and grant such other relief that may be deemed just and proper in the circumstances.

/s/ Robert B. Branson
Robert B. Branson, Esquire
Florida Bar No.: 800988
E-mail: *robert@bransonlaw.com*
**BransonLaw PLLC**
1501 E. Concord Street
Orlando, Florida 32803
Telephone: (407) 894-6834
Facsimile: (407) 894-8559
Attorney for Debtor

## <u>CERTIFICATE OF SERVICE</u>

A true and correct copy of the foregoing has been sent by electronic transmission or by U.S. Mail this 7th day of August, 2018, to:  Laurie K. Weatherford, Trustee, PO Box 3450, Winter Park, FL 32790; Debtor; and to Nathalie Rodriguez, Esquire, 6409 Congress Avenue, Ste 100, Boca Raton, FL 33487, a/f MTGLQ, Rushmore Loan Management Services,6409 Congress Avenue, Ste 100, Boca Raton, FL.

/s/ Robert B. Branson
Robert B. Branson, Esquire



July 17, 2018

Julie Ingram
3997 Orkney Ave
Orlando, FL 32809

RE:    *Claim Number:*     *690100028091*
        *Loss Date:*         *9/11/2017*
        *Policy Number:*    *SHO-2036058-01*

Dear Julie Ingram:

Enclosed is an explanation of your covered damages, less your $2,900.00 Hurricane deductible. The payment will follow under separate cover. You must contact your lien holder for their endorsement procedures if they are included on the check.

Each coverage has a maximum limit which applies to the covered property. There are also certain coverages which contain a special limit of liability. These coverages include, but are not limited to, payments for mold, debris removal, or law and ordinance. Please see the enclosed declarations page, check request form and estimate for the details of this payment.

Your policy has an endorsement which excludes some of your damages from coverage. Please see the following wording which is attached to your Southern Fidelity policy:

### WINDSTORM AND HAIL CERTAIN STRUCTURES EXCLUSIONS AND LIMITED COVERAGE ON CERTAIN STRUCTURES

Unless a Limit of Insurance is shown in the Declaration for the described item and the property is described by separated and specific items on the Declarations,
We DO NOT cover the following property:

    a. Windmills, wind pumps or their towers, or metal smokestacks;
    b. Any structure or attachment from the covered building, where that structure's roof coverings are of screen, fabric, thatch, lattice, or slats and similar material, and personal property contained within or on these structures;
    c. Fences, property lines and similar walls;
    d. Greenhouses, glasshouses, hothouses, slat houses, trellises, chickees, gazebos, pergolas, cabanas, and tiki huts, or similar structures and personal property contained within or on these structures;
    e. The following property when outside of the building is also excluded:

P.O. Box 16029, Tallahassee, FL 32317-6029 |Customer Service: 866-874-SFIC (7342) |Claims: 866-722-4995 | Fax: 850-521-3069

www.southernfidelityins.com

   1. Awnings
   2. Canopies, when such a canopy covering is of screen, fabric, thatch, lattice or slats and similar material;
   3. Signs, radio or television antennas or aerials, satellite dish (including lead-in wiring, masts or towers and their supports), and utility poles including light fixtures; and;
   4. Steeples.
f. Grain, hay, straw, and other crops, crop silos and/or their contents;
g. Bridges, boardwalks, trestles, catwalks, dunewalks, ramps, roadways and similar structures, or other paved or graded surfaces, whether or not attached to the building; however, if not described as above **we cover** walks, decks, and patios which are a part of the covered building;
h. Any structure, including personal property contained within or on the structure, located in whole or in part over water.

If you have any concerns with the estimate, or have any additional damages to consider, please notify us as soon as possible. While it is your duty to protect your property from further damage, we need the opportunity to review your differences prior to permanent repairs being made. Failure to do so could jeopardize future payment. You may contact us at the undersigned or submit your inquiry and documentation for review at catreports@southernfidelityins.com.

We are not responsible for directing the contractor or for the performance of the contractor or the work product. Therefore, it is your responsibility to follow up on the restoration work to guarantee the contractor is performing the repairs as outlined.

If recoverable depreciation was withheld from your dwelling payment, the recovery of this depreciation may be available to you in an amount up to, but no more than what was withheld.  This depreciation can be available for your recovery as the repairs associated with this payment are performed, costs to perform these repairs are incurred, and the total cost exceeds the payment plus the deductible.  If the repairs are done for less, the maximum benefit will be reduced accordingly.


Covered structures that are not buildings are paid at actual cash value. Depreciation may be applied to your personal property, carpeting and household appliances. You are entitled to recover the adjustment to the replacement cost if you have the Personal Property Replacement Cost Endorsement. However, if the replacement cost exceeds the stated value, you will only receive up to the amount that was depreciated. If the item is purchased for less, the maximum benefit will be reduced accordingly. With all recoverable depreciation requests, original receipts will need to be submitted and will be returned if requested.

If you feel you cannot resolve a dispute with us, the Chief Financial Officer for the State of Florida has adopted a rule to facilitate the fair and timely handling of residential property insurance claims.  The rule gives you the right to attend a mediation conference with your insurer in order to settle any dispute you have with your insurer about your claim.  You can start the mediation process after receipt of this notice by calling the Department of Financial Services at 1-877-693-5236. For more information you may visit http://www.myfloridacfo.com/Division/Consumers/Mediation/ResidentialPropertyMediation.htm

P.O. Box 16029, Tallahassee, FL 32317-6029 |Customer Service: 866-874-SFIC (7342) |Claims: 866-722-4995 | Fax: 850-521-3069

www.southernfidelityins.com

Thank you for allowing us to assist you with your claim.

Sincerely,

Southern Fidelity Insurance Company
Claims Department
1-866-722-4995

Enc. /  Check Request Form
        Estimate
        Declarations Page

P.O. Box 16029, Tallahassee, FL 32317-6029 |Customer Service: 866-874-SFIC (7342) |Claims: 866-722-4995 | Fax: 850-521-3069

www.southernfidelityins.com

☐ **The policy does not provide coverage for damages caused by flood.**
Please see the attached policy information relating to flood.

☐ **The policy does not provide debris removal for trees.**
There is no Debris Removal Coverage for fallen tree(s) to be removed from the premises.

☐ **There is no coverage for food spoilage**.
There is no coverage for the spoiled food in your refrigerator due to a general power outage; there must be damage on your property which has caused a break in electrical service in order for your policy to respond with coverage for this portion of your claim.

☐ **The policy does not cover building code upgrades**.
Any repairs required by any ordinance or law regulating the construction or repair of a building or other structure.

☐ **Unrelated damages**. _____
Damages were found unrelated to this loss. Therefore, the cause and coverage for these items are not addressed under this claim.

☐ **Electronics/appliances need to be evaluated by a technician**.
In order for us to determine the cause and coverage for the damages claimed to electronic items, please forward a report from a licensed technician with the following:  cause of loss, repair cost and replacement cost.

☒ **Mandatory Exclusions.   SEE BELOW\*\***
Please see the Mandatory Exclusions endorsement which outlines items not covered in the event of a wind or hail event.

☐ **Damage by Rain Water.**
With regard to certain types of losses, which are identified more specifically in the policy itself, this policy requires the exterior of a building to first be damaged by a peril insured against in order for interior or exterior damages to be considered.  Please refer to the attached policy language.

P.O. Box 16029, Tallahassee, FL 32317-6029 |Customer Service: 866-874-SFIC (7342) |Claims: 866-722-4995 | Fax: 850-521-3069

www.southernfidelityins.com

**First Party Loss Check Request**

| | |
|---|---|
| Request Date: | 7/17/2018 |
| Claim Number: | 690100028091 |
| Insured Name: | Ingram |
| Date of Loss: | 9/11/2017 |
| Assigned Adjuster/IA: | TKH |

| Payment Type | | Payee | Mail To |
|---|---|---|---|
| ☐ Final Payment | **Dual Payment** | ☑ Insured | ☑ Insured |
| ☐ Partial Payment | | ☑ Mortgage | ☐ Special Name |
| ☑ Supplemental Payment | 1  of  1 | ☐ Second Mortgage | ☐ FedEx Overnight |
| ☐ Stop Pay/Reissue | | ☐ Special Name | ☐ Certified Mail |
| ☐ Recoverable Depreciation | | ☐ Additional Insured | ☐ CC Package |

**Payee Special Name:**

**Payment Mailed To:**

### Payment Information

| | | Coverage A Check Amount | |
|---|---|---|---|
| Dwelling Replacement Cost | $44,706.55 | | |
| Less Recoverable Depreciation ( ) | $0.00 | Remaining Deductible Amount | $0.00 |
| Less Non-Recoverable Deprec. < > | $0.00 | | |
| Less prior payment/ORS | $0.00 | | |
| COVERAGE A TOTAL | $44,706.55 | | |
| Additional or Special Coverages | | **$41,806.55** | |
| Loss Assessment | $0.00 | | |
| Special Limt Mold | $0.00 | | |
| Special Limit L&O | $0.00 | | |
| Special Limit Debris | $0.00 | | |
| Other | $0.00 | | |
| Less Prior Special Limit Payment | $0.00 | | |
| Special Limits TOTAL | $0.00 | | |
| Other Structures Replacement Cost | $0.00 | Coverage B Check Amount | |
| Less Recoverable Depreciation ( ) | $0.00 | Remaining Deductible Amount | $0.00 |
| Less Non-Recoverable Deprec. < > | $0.00 | **$0.00** | |
| Less prior payment/ORS | $0.00 | | |
| COVERAGE B TOTAL | $0.00 | | |
| Contents Replacement Cost | $0.00 | Coverage C Check Amount | |
| Less Recoverable Depreciation ( ) | $0.00 | Remaining Deductible Amount | $0.00 |
| Less Non-Recoverable Deprec. < > | $0.00 | **$0.00** | |
| Less prior payment/ORS | $0.00 | | |
| COVERAGE C TOTAL | $0.00 | | |
| Loss of Use (ALE or FRV) | $0.00 | Coverage D Check Amount | |
| Less prior payment/ORS | $0.00 | Remaining Deductible Amount | $0.00 |
| COVERAGE D TOTAL | $0.00 | **$0.00** | |
| Claim Sub Total | $44,706.55 | | |
| Deductible | | **$2,900.00** | |
| Payment | | **$41,806.55** | |

Version 4.1

 **CCMS & Associates**

1497 Main St
Ste 170
Dunedin, FL 34698
727-234-1967

| | |
|---|---|
| Insured: | Julie Ingram |
| Property: | 3997 Orkney Ave |
| | Orlando, FL 32809 |

| | |
|---|---|
| Claim Rep.: | Larry Nejame |
| Estimator: | Larry Nejame |

**Claim Number:** 690100028091    **Policy Number:** SHO20360580169    **Type of Loss:** Hurricane

| | | | |
|---|---|---|---|
| Date of Loss: | 9/11/2017 | Date Received: | 9/14/2017 |
| Date Inspected: | 7/3/2018 | Date Entered: | 7/3/2018 7:48 PM |

| | |
|---|---|
| Price List: | FLOR8X_JUL18 |
| | Restoration/Service/Remodel |
| Estimate: | INGRAM_JULIE |

All amounts payable are subject to the terms, conditions, and limits of your policy.

Please find enclosed a copy of the itemized estimate summarizing the damage at the time of my inspection. An independent adjuster, not the company insurance adjuster, prepared this estimate and the claim report. This estimate is our recommendation to Southern Fidelity Insurance Company, Inc.  This estimate is based upon our inspection with consideration given to information and documentation you have provided to us.

Unless otherwise stated, sales tax is included with the unit pricing. Any depreciation included is based upon the age, usage, and condition.  Your mortgage company may appear on checks issued for damages to your home. If your mortgage company has changed since the date of inception, please advise your Adjuster.

If you receive a contractors estimate higher than the replacement cost value of the covered items estimated by Southern Fidelity Insurance Company, Inc., please contact your claims representative prior to authorizing any repairs. Any estimate you present to Southern Fidelity Insurance Company Inc. should be detailed and should show the exact work to be completed with the use of accurate dimensions, materials, that are substantially the same and for covered property only.

Southern Fidelity Insurance Company, Inc. will accept supplements to this estimate if it is for an open item we have agreed is pending, or if the damage was hidden. Conditionally, Southern Fidelity Insurance Company Inc. must have the opportunity to re-inspect the damaged property prior to the supplemental work being done. Supplemental damages are also subject to policy terms and conditions. If you have any damages after this reading, please contact your claims representative.

If Southern Fidelity Insurance Company, Inc. wishes to exercise its right to repair damaged property, we will notify you in writing in a separate letter.

If you have documentation indicating that the costs will be more than what we have estimated, please provide such documentation for consideration. If the repair/replacement cost to you is less than the estimated "replacement" cost, we will pay only the difference between your cost and the "actual cash value" already paid to you.

The estimate may be subject to review, modification, and acceptance by Southern Fidelity Insurance Company, Inc. that may either decrease or increase costs.



**CCMS & Associates**

1497 Main St
Ste 170
Dunedin, FL 34698
727-234-1967

### INGRAM_JULIE

### Footprint



| **Footprint** | | | | | | **Height: Peaked** | |
|---|---|---|---|---|---|---|---|

| 1121.00  SF Walls | 1236.87  SF Ceiling |
|---|---|
| 2357.87  SF Walls & Ceiling | 1225.00  SF Floor |
| 136.11  SY Flooring | 126.00  LF Floor Perimeter |
| 148.64  LF Ceil. Perimeter | |

| **Subroom:  Footprint (1)** | **Height: Peaked** |
|---|---|
| 656.00  SF Walls | 555.29  SF Ceiling |
| 1211.29  SF Walls & Ceiling | 550.00  SF Floor |
| 61.11  SY Flooring | 72.00  LF Floor Perimeter |
| 94.72  LF Ceil. Perimeter | |

| **Missing Wall** | **22' X 8' 6"** | **Opens into FOOTPRINT** |
|---|---|---|

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1.  Clean with pressure/chemical spray | 1,777.00 SF | 0.30 | 1.16 | 106.62 | 640.88 | (0.00) | 640.88 |
| 2.  Mask and prep for paint - plastic, paper, tape (per LF) | 243.36 LF | 1.05 | 3.64 | 51.10 | 310.27 | (16.79) | 293.48 |
| 3.  Exterior - paint two coats | 1,777.00 SF | 0.88 | 32.34 | 312.76 | 1,908.86 | (149.27) | 1,759.59 |
| **Totals:  Footprint** | | | **37.14** | **470.48** | **2,860.01** | **166.06** | **2,693.95** |
| **Total:  Footprint** | | | **37.14** | **470.48** | **2,860.01** | **166.06** | **2,693.95** |

### Roof



| **Roof1** | |
|---|---|
| 2073.12  Surface Area | 20.73  Number of Squares |
| 209.12  Total Perimeter Length | 87.83  Total Ridge Length |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 4.  Remove 3 tab - 25 yr. - composition shingle roofing - incl. felt | 20.73 SQ | 50.75 | 0.00 | 210.42 | 1,262.47 | (0.00) | 1,262.47 |
| 5.  Re-nailing of roof sheathing - complete re-nail | 2,073.12 SF | 0.27 | 2.69 | 111.94 | 674.37 | (0.00) | 674.37 |



**CCMS & Associates**

1497 Main St
Ste 170
Dunedin, FL 34698
727-234-1967

## CONTINUED - Roof1

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 6.  Roofing felt - 30 lb. | 20.73 SQ | 40.75 | 17.44 | 168.96 | 1,031.15 | (0.00) | 1,031.15 |
| 7.  3 tab - 25 yr. - comp. shingle roofing - w/out felt | 23.00 SQ | 212.90 | 124.23 | 979.34 | 6,000.27 | (0.00) | 6,000.27 |
| 8.  R&R Ridge cap - composition shingles | 87.83 LF | 7.34 | 5.65 | 128.94 | 779.26 | (0.00) | 779.26 |
| 9.  R&R Valley metal | 34.95 LF | 6.24 | 4.07 | 43.62 | 265.78 | (0.00) | 265.78 |
| 10.  R&R Drip edge | 209.12 LF | 2.79 | 9.65 | 116.68 | 709.78 | (0.00) | 709.78 |
| 11.  R&R Flashing - pipe jack | 5.00 EA | 51.21 | 3.10 | 51.22 | 310.37 | (0.00) | 310.37 |
| 12.  R&R Roof vent - turbine type | 2.00 EA | 124.16 | 7.75 | 49.68 | 305.75 | (0.00) | 305.75 |
| **Totals:  Roof1** | | | **174.58** | **1,860.80** | **11,339.20** | **0.00** | **11,339.20** |
| **Total:  Roof** | | | **174.58** | **1,860.80** | **11,339.20** | **0.00** | **11,339.20** |

## Main Level

**Master Bedroom**                                                              **Height: 8'**

| | |
|---|---|
| 491.86  SF Walls | 201.01  SF Ceiling |
| 692.86  SF Walls & Ceiling | 201.01  SF Floor |
| 22.33  SY Flooring | 61.48  LF Floor Perimeter |
| 61.48  LF Ceil. Perimeter | |

**Subroom:  Closet (2)**                                                        **Height: 8'**

| | |
|---|---|
| 125.23  SF Walls | 15.31  SF Ceiling |
| 140.54  SF Walls & Ceiling | 15.31  SF Floor |
| 1.70  SY Flooring | 15.65  LF Floor Perimeter |
| 15.65  LF Ceil. Perimeter | |

**Subroom:  Closet (1)**                                                        **Height: 8'**

| | |
|---|---|
| 74.61  SF Walls | 5.32  SF Ceiling |
| 79.94  SF Walls & Ceiling | 5.32  SF Floor |
| 0.59  SY Flooring | 9.33  LF Floor Perimeter |
| 9.33  LF Ceil. Perimeter | |

INGRAM_JULIE



**CCMS & Associates**

1497 Main St
Ste 170
Dunedin, FL 34698
727-234-1967

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 13.  Contents - move out then reset - Large room | 1.00 EA | 71.73 | 0.00 | 14.34 | 86.07 | (0.00) | 86.07 |
| 14.  Ceiling fan - Detach & reset | 1.00 EA | 157.81 | 0.00 | 31.56 | 189.37 | (0.00) | 189.37 |
| 15.  Heat/AC register - Mechanically attached - Detach & reset | 1.00 EA | 12.43 | 0.00 | 2.48 | 14.91 | (0.00) | 14.91 |
| 16.  Interior door - Detach & reset | 3.00 EA | 73.56 | 0.16 | 44.14 | 264.98 | (0.00) | 264.98 |
| 17.  Remove Carpet | 221.65 SF | 0.25 | 0.00 | 11.08 | 66.49 | (0.00) | 66.49 |
| 18.  Carpet | 287.25 SF | 3.36 | 50.23 | 193.04 | 1,208.43 | (386.35) | 822.08 |
| 19.  R&R Carpet pad | 221.65 SF | 0.65 | 6.48 | 28.82 | 179.37 | (49.87) | 129.50 |
| 20.  R&R Reflective multi-layer foil insulation - R-7+ | 691.69 SF | 0.96 | 26.08 | 132.80 | 822.90 | (0.00) | 822.90 |
| 21.  R&R 1/2" drywall - hung, taped, floated, ready for paint | 350.00 SF | 2.33 | 10.47 | 163.10 | 989.07 | (80.50) | 908.57 |
| 22.  R&R Furring strip - 1" x 2" | 350.00 SF | 1.30 | 5.23 | 91.00 | 551.23 | (40.25) | 510.98 |
| 23.  R&R 5/8" drywall - hung, taped, ready for texture | 221.65 SF | 2.19 | 7.35 | 97.08 | 589.84 | (56.52) | 533.32 |
| 24.  R&R Batt insulation - 10" - R30 - paper faced | 221.65 SF | 1.50 | 12.53 | 66.50 | 411.50 | (96.42) | 315.08 |
| 25.  R&R Baseboard - 2 1/4" | 36.00 LF | 2.96 | 1.99 | 21.30 | 129.85 | (15.30) | 114.55 |
| 26.  Aluminum window - Detach & reset | 1.00 EA | 89.03 | 0.45 | 17.80 | 107.28 | (0.00) | 107.28 |
| 27.  Mask and prep for paint - plastic, paper, tape (per LF) | 86.46 LF | 1.05 | 1.29 | 18.16 | 110.23 | (9.94) | 100.29 |
| 28.  Floor protection - self-adhesive plastic film | 221.65 SF | 0.48 | 1.73 | 21.28 | 129.40 | (13.30) | 116.10 |
| 29.  Seal/prime then paint the walls twice (3 coats) | 691.69 SF | 0.97 | 10.79 | 134.18 | 815.91 | (83.00) | 732.91 |
| 30.  Seal the ceiling w/latex based stain blocker - one coat | 221.65 SF | 0.46 | 1.01 | 20.40 | 123.37 | (7.76) | 115.61 |
| 31.  Acoustic ceiling (popcorn) texture | 221.65 SF | 0.82 | 0.72 | 36.36 | 218.83 | (5.54) | 213.29 |
| 32.  Seal & paint door/window trim & jamb - (per side) | 4.00 EA | 23.36 | 1.05 | 18.68 | 113.17 | (8.08) | 105.09 |
| 33.  Final cleaning - construction - Residential | 221.65 SF | 0.23 | 0.00 | 10.20 | 61.18 | (0.00) | 61.18 |
| **Totals:  Master Bedroom** | | | **137.56** | **1,174.30** | **7,183.38** | **852.83** | **6,330.55** |



### Master Bath
**Height: 8'**

| | |
|---|---|
| 237.23  SF Walls | 44.97  SF Ceiling |
| 282.20  SF Walls & Ceiling | 44.97  SF Floor |
| 5.00  SY Flooring | 29.65  LF Floor Perimeter |
| 29.65  LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 34.  Contents - move out then reset | 1.00 EA | 47.83 | 0.00 | 9.56 | 57.39 | (0.00) | 57.39 |



**CCMS & Associates**

1497 Main St
Ste 170
Dunedin, FL 34698
727-234-1967

**CONTINUED - Master Bath**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 35. Light fixture - Detach & reset | 1.00 EA | 44.32 | 0.00 | 8.86 | 53.18 | (0.00) | 53.18 |
| 36. Medicine cabinet - Detach & reset | 1.00 EA | 46.09 | 0.00 | 9.22 | 55.31 | (0.00) | 55.31 |
| 37. Bathroom mirror - Detach & reset | 7.00 SF | 7.79 | 0.00 | 10.90 | 65.43 | (0.00) | 65.43 |
| 38. Toilet - Detach & reset | 1.00 EA | 200.29 | 0.36 | 40.06 | 240.71 | (2.80) | 237.91 |
| 39. Sink - single - Detach & reset | 1.00 EA | 122.42 | 0.00 | 24.48 | 146.90 | (0.00) | 146.90 |
| 40. Tub/shower faucet (finish trim) - Detach & reset | 1.00 EA | 75.35 | 0.00 | 15.08 | 90.43 | (0.00) | 90.43 |
| 41. R&R Plumbing fixture supply line | 3.00 EA | 21.65 | 1.09 | 13.00 | 79.04 | (8.40) | 70.64 |
| 42. R&R Angle stop valve | 3.00 EA | 34.18 | 1.40 | 20.52 | 124.46 | (10.79) | 113.67 |
| 43. P-trap assembly - ABS (plastic) | 1.00 EA | 50.52 | 0.39 | 10.10 | 61.01 | (3.02) | 57.99 |
| 44. R&R Tile shower - 61 to 100 SF | 1.00 EA | 1,189.17 | 34.02 | 237.84 | 1,461.03 | (261.70) | 1,199.33 |
| 45. R&R Tile - soap dish | 1.00 EA | 22.32 | 0.70 | 4.48 | 27.50 | (5.41) | 22.09 |
| 46. R&R Tile - towel bar | 1.00 EA | 26.43 | 0.82 | 5.30 | 32.55 | (6.34) | 26.21 |
| 47. R&R Sill - cultured marble on 2" x 6" wall | 4.00 LF | 7.23 | 1.27 | 5.78 | 35.97 | (9.76) | 26.21 |
| 48. R&R 1/2" Cement board | 100.00 SF | 3.13 | 8.26 | 62.60 | 383.86 | (63.50) | 320.36 |
| 49. R&R Countertop - flat laid plastic laminate | 2.33 LF | 42.62 | 3.94 | 19.86 | 123.11 | (30.30) | 92.81 |
| 50. R&R 4" backsplash for flat laid countertop | 4.17 LF | 8.70 | 1.36 | 7.26 | 44.90 | (10.47) | 34.43 |
| 51. R&R Vanity | 2.33 LF | 145.39 | 15.45 | 67.76 | 421.97 | (118.83) | 303.14 |
| 52. R&R 1/2" drywall - hung, taped, floated, ready for paint | 137.23 SF | 2.33 | 4.10 | 63.94 | 387.79 | (31.56) | 356.23 |
| 53. R&R Furring strip - 1" x 2" | 237.23 SF | 1.30 | 3.55 | 61.68 | 373.63 | (27.28) | 346.35 |
| 54. R&R 5/8" drywall - hung, taped, floated, ready for paint | 44.97 SF | 2.40 | 1.49 | 21.58 | 131.00 | (11.47) | 119.53 |
| 55. R&R Batt insulation - 10" - R30 - paper faced | 44.97 SF | 1.50 | 2.54 | 13.50 | 83.50 | (19.56) | 63.94 |
| 56. R&R Baseboard - 2 1/4" | 29.65 LF | 2.96 | 1.64 | 17.56 | 106.96 | (12.60) | 94.36 |
| 57. Mask and prep for paint - plastic, paper, tape (per LF) | 44.97 LF | 1.05 | 0.67 | 9.44 | 57.33 | (5.17) | 52.16 |
| 58. Floor protection - self-adhesive plastic film | 44.97 SF | 0.48 | 0.35 | 4.32 | 26.26 | (2.70) | 23.56 |
| 59. Seal/prime then paint the walls and ceiling twice (3 coats) | 282.20 SF | 0.97 | 4.40 | 54.74 | 332.87 | (33.86) | 299.01 |
| 60. Seal & paint baseboard - two coats | 29.65 LF | 1.09 | 0.19 | 6.46 | 38.97 | (1.48) | 37.49 |
| 61. Seal & paint door/window trim & jamb - (per side) | 1.00 EA | 23.36 | 0.26 | 4.68 | 28.30 | (2.02) | 26.28 |
| 62. Final cleaning - construction - Residential | 44.97 SF | 0.23 | 0.00 | 2.06 | 12.40 | (0.00) | 12.40 |
| **Totals:  Master Bath** | | | **88.25** | **832.62** | **5,083.76** | **679.02** | **4,404.74** |

 **CCMS & Associates**

1497 Main St
Ste 170
Dunedin, FL 34698
727-234-1967



| Living room/Kitchen | | Height: 8' |
|---|---|---|
| 1054.79 SF Walls | | 468.51 SF Ceiling |
| 1523.30 SF Walls & Ceiling | | 468.51 SF Floor |
| 52.06 SY Flooring | | 131.85 LF Floor Perimeter |
| 131.85 LF Ceil. Perimeter | | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 63.  Contents - move out then reset - Extra large room | 1.00 EA | 143.47 | 0.00 | 28.70 | 172.17 | (0.00) | 172.17 |
| 64.  Refrigerator - Remove & reset | 1.00 EA | 34.59 | 0.00 | 6.92 | 41.51 | (0.00) | 41.51 |
| 65.  Range - electric - Remove & reset | 1.00 EA | 34.59 | 0.00 | 6.92 | 41.51 | (0.00) | 41.51 |
| 66.  Light fixture - Detach & reset | 2.00 EA | 44.32 | 0.00 | 17.72 | 106.36 | (0.00) | 106.36 |
| 67.  Ceiling fan - Detach & reset | 1.00 EA | 157.81 | 0.00 | 31.56 | 189.37 | (0.00) | 189.37 |
| 68.  Heat/AC register - Mechanically attached - Detach & reset | 2.00 EA | 12.43 | 0.00 | 4.98 | 29.84 | (0.00) | 29.84 |
| 69.  Door bell/chime - Detach & reset | 1.00 EA | 41.89 | 0.00 | 8.38 | 50.27 | (0.00) | 50.27 |
| 70.  Window drapery - hardware - Detach & reset | 3.00 EA | 28.80 | 0.00 | 17.28 | 103.68 | (0.00) | 103.68 |
| 71.  Thermostat - Detach & reset | 1.00 EA | 41.56 | 0.00 | 8.32 | 49.88 | (0.00) | 49.88 |
| 72.  R&R 5/8" drywall - hung, taped, ready for texture | 128.00 SF | 2.19 | 4.24 | 56.06 | 340.62 | (32.64) | 307.98 |
| 73.  R&R Batt insulation - 10" - R30 - paper faced | 128.00 SF | 1.50 | 7.24 | 38.40 | 237.64 | (55.68) | 181.96 |
| 74.  R&R 1/2" drywall - hung, taped, floated, ready for paint | 350.00 SF | 2.33 | 10.47 | 163.10 | 989.07 | (80.50) | 908.57 |
| 75.  Drywall tape joint/repair - per LF | 131.85 LF | 6.33 | 2.31 | 166.92 | 1,003.84 | (17.80) | 986.04 |
| 76.  Mask and prep for paint - plastic, paper, tape (per LF) | 131.85 LF | 1.05 | 1.97 | 27.68 | 168.09 | (15.16) | 152.93 |
| 77.  Floor protection - self-adhesive plastic film | 468.51 SF | 0.48 | 3.65 | 44.98 | 273.51 | (28.11) | 245.40 |
| 78.  Seal the ceiling w/latex based stain blocker - one coat | 468.51 SF | 0.46 | 2.13 | 43.10 | 260.74 | (16.40) | 244.34 |
| 79.  R&R Acoustic ceiling (popcorn) texture | 340.51 SF | 1.25 | 1.11 | 85.12 | 511.87 | (8.51) | 503.36 |
| 80.  Acoustic ceiling (popcorn) texture | 128.00 SF | 0.82 | 0.42 | 21.00 | 126.38 | (3.20) | 123.18 |
| 81.  Texture drywall - machine - knockdown | 1,054.79 SF | 0.46 | 2.74 | 97.04 | 584.98 | (21.10) | 563.88 |
| 82.  Seal/prime then paint the walls twice (3 coats) | 1,054.79 SF | 0.97 | 16.45 | 204.64 | 1,244.24 | (126.57) | 1,117.67 |
| 83.  Final cleaning - construction - Residential | 468.51 SF | 0.23 | 0.00 | 21.56 | 129.32 | (0.00) | 129.32 |
| **Totals:  Living room/Kitchen** | | | **52.73** | **1,100.38** | **6,654.89** | **405.67** | **6,249.22** |
| **Total:  Main Level** | | | **278.54** | **3,107.30** | **18,922.03** | **1,937.52** | **16,984.51** |

 **CCMS & Associates**

1497 Main St
Ste 170
Dunedin, FL 34698
727-234-1967

### General

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 84. Dumpster load - Approx. 30 yards, 5-7 tons of debris | 1.00 EA | 502.00 | 0.00 | 100.40 | 602.40 | (0.00) | 602.40 |
| 85. Masonry - General Laborer - per hour | 24.00 HR | 35.05 | 0.00 | 168.24 | 1,009.44 | (0.00) | 1,009.44 |
| Additional masonry labor as needed for rebuild of exterior block walls | | | | | | | |
| 86. Carpenter - General Framer - per hour | 16.00 HR | 66.26 | 0.00 | 212.04 | 1,272.20 | (0.00) | 1,272.20 |
| Additional framing labor as needed for temporary stud walls and/or furring strips | | | | | | | |
| **Totals: General** | | | **0.00** | **480.68** | **2,884.04** | **0.00** | **2,884.04** |

### Front Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 87. Exterior light fixture - Detach & reset | 1.00 EA | 65.79 | 0.00 | 13.16 | 78.95 | (0.00) | 78.95 |
| **Totals: Front Elevation** | | | **0.00** | **13.16** | **78.95** | **0.00** | **78.95** |

### Left Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 88. R&R Stud wall - 2" x 4" x 8' load bearing - 16" oc | 25.00 LF | 20.48 | 13.20 | 102.42 | 627.62 | (0.00) | 627.62 |
| Stud wall to temporarily support trusses for rebuilding block wall | | | | | | | |
| 89. R&R Block - 12" x 8" x 16" - in place - reinforced | 200.00 SF | 13.14 | 60.97 | 525.60 | 3,214.57 | (469.00) | 2,745.57 |
| Partial rebuild of block wall | | | | | | | |
| **Totals: Left Elevation** | | | **74.17** | **628.02** | **3,842.19** | **469.00** | **3,373.19** |

### Rear Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 90. Exterior light fixture - Detach & reset | 1.00 EA | 65.79 | 0.00 | 13.16 | 78.95 | (0.00) | 78.95 |
| 91. R&R Aluminum window, single hung 4-8 sf | 1.00 EA | 141.10 | 4.07 | 28.22 | 173.39 | (31.29) | 142.10 |
| 92. R&R Stud wall - 2" x 4" x 8' load bearing - 16" oc | 49.00 LF | 20.48 | 25.86 | 200.72 | 1,230.10 | (0.00) | 1,230.10 |
| Stud wall to temporarily support trusses for rebuilding block wall | | | | | | | |



## CCMS & Associates

1497 Main St
Ste 170
Dunedin, FL 34698
727-234-1967

### CONTINUED - Rear Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 93. R&R Block - 12" x 8" x 16" - in place - reinforced | 120.00 SF | 13.14 | 36.58 | 315.36 | 1,928.74 | (281.40) | 1,647.34 |
| Partial rebuild of block wall | | | | | | | |
| 94. Epoxy injection - concrete repair (per LF of crack) | 30.00 LF | 28.91 | 3.28 | 173.46 | 1,044.04 | (15.12) | 1,028.92 |
| **Totals: Rear Elevation** | | | **69.79** | **730.92** | **4,455.22** | **327.81** | **4,127.41** |

### Labor Minimums Applied

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 97. Toilet & bath accessory labor minimum* | 1.00 EA | 76.83 | 0.00 | 15.36 | 92.19 | (0.00) | 92.19 |
| 98. Heat, vent, & air cond. labor minimum* | 1.00 EA | 147.04 | 0.00 | 29.40 | 176.44 | (0.00) | 176.44 |
| 99. Window treatment repair* | 1.00 EA | 44.98 | 0.00 | 9.00 | 53.98 | (0.00) | 53.98 |
| 100. Window labor minimum* | 1.00 EA | 1.92 | 0.00 | 0.38 | 2.30 | (0.00) | 2.30 |
| **Totals: Labor Minimums Applied** | | | **0.00** | **54.14** | **324.91** | **0.00** | **324.91** |
| **Line Item Totals: INGRAM_JULIE** | | | **652.74** | **7,484.92** | **45,561.63** | **3,000.16** | **42,561.47** |



**CCMS & Associates**

1497 Main St
Ste 170
Dunedin, FL 34698
727-234-1967

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 3,760.71 | SF Walls | 2,527.28 | SF Ceiling | 6,287.99 | SF Walls and Ceiling |
| 2,510.13 | SF Floor | 278.90 | SY Flooring | 445.96 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 491.32 | LF Ceil. Perimeter |
| | | | | | |
| 2,510.13 | Floor Area | 2,574.64 | Total Area | 3,908.84 | Interior Wall Area |
| 3,270.33 | Exterior Wall Area | 334.32 | Exterior Perimeter of Walls | | |
| | | | | | |
| 2,073.12 | Surface Area | 20.73 | Number of Squares | 0.00 | Total Perimeter Length |
| 87.83 | Total Ridge Length | 0.00 | Total Hip Length | | |



**CCMS & Associates**

1497 Main St
Ste 170
Dunedin, FL 34698
727-234-1967

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 36,726.83 |
| Overhead | 3,672.75 |
| Profit | 3,672.75 |
| Material Sales Tax | 634.22 |
| **Replacement Cost Value** | **$44,706.55** |
| Less Depreciation | (2,900.39) |
| **Actual Cash Value** | **$41,806.16** |
| Less Deductible | (2,900.00) |
| **Net Claim** | **$38,906.16** |
| Total Recoverable Depreciation | 2,900.39 |
| **Net Claim if Depreciation is Recovered** | **$41,806.55** |

_____

Larry Nejame

SFH FL ME 04 05

## NON STRUCTURAL HAIL LOSS LIMITATION

Hail often dents the exterior surface of a home or other structure without causing structural damage.  Materials usually affected by this type of damage include but are not limited to: metal; fiberglass or rigid plastic porches; carports; awnings; and utility rooms.  When this type of loss or damage occurs, we will pay the lowest of the following amounts:

1.  The cost of repairing or replacing the damaged portion of the property; or

2.  2% of the amount of insurance provided under Section 1 Property Coverages, Coverage A - Dwelling or Coverage B - Other Structures, depending on which item was damaged.

## WINDSTORM AND HAIL CERTAIN STRUCTURES EXCLUSION AND LIMITED COVERAGE CERTAIN STRUCTURES

Unless a Limit of Insurance is shown in the Declaration for the described item and the property is described by separated and specific items on the Declarations,
We DO NOT cover the following property for the perils of windstorm and hail:

a.  Windmills, wind pumps or their towers, or metal smokestacks;

b.  Any structure or attachment from the covered building, where that structure's roof coverings are of screen, fabric, thatch, lattice, or slats and similar material; and/or where that structure's exterior wall coverings are of fabric, thatch, lattice, or slats and similar material, and personal property contained within or on these structures;

c.  Fences, property lines and similar walls;

d.  Greenhouses, glasshouses, hothouses, slat houses, trellises, chickees, gazebos, pergolas, cabanas and tiki huts, or similar structures and personal property contained within or on these structures;

e.  The following property when outside of the building is also **excluded:**

1.  Awnings;

2.  Canopies, when such canopy covering is of screen fabric, thatch, lattice or slats and similar material;

3.  Signs, radio or television antennas or aerials, satellite dish (including lead-in wiring, masts or towers and their supports), and utility poles including light fixtures; and

4.  Steeples.

f.  Grain, hay, straw and other crops, crop silos and/or their contents;

g.  Bridges, boardwalks, trestles, catwalks, dunewalks, ramps, roadways and similar structures, or other paved or graved surfaces, whether or not attached to the building ; however, if not described as above **we cover** walks, decks and patios which are part of the covered building;

h.  Any structure, including the personal property contained within or on the structure, located in whole or in part over water.



# HOMEOWNERS DECLARATION

**Southern Fidelity Insurance Company**

P.O. Box 16029
Tallahassee FL 32317-6029

| POLICY NUMBER | POLICY PERIOD | |
|---|---|---|
| | From | To |
| SHO 2036058 01 69 | 05/24/2017 | 05/24/2018 |
| | 12:01 A.M. Standard Time at the described location | |

**For Customer Service and Claims Call 1-866-874-7342.**

AMENDED DECLARATION
CORRECT MORTGAGEE

Effective:   05/24/2017     Date Issued: 05/11/2017

| INSURED: | | AGENT:   0921482 |
|---|---|---|
| JULIE INGRAM<br>3997 ORKNEY AVE<br>ORLANDO FL 32809<br><br>Telephone:   321-442-6845 | | MFLP INSURANCE LLC<br>FARRIS M COX<br>6239 S ORANGE BLOSSOM TRL<br>ORLANDO, FL  32809<br>Telephone:   407-851-8511 |

The residence premises covered by this policy is located at the above insured address unless otherwise stated below:

3997 ORKNEY AVE               ORLANDO FL 32809

IF PAYMENT IS NOT RECEIVED ON OR BEFORE THE POLICY RENEWAL EFFECTIVE DATE,
THIS POLICY WILL NOT BE IN FORCE.
Coverage is provided where premium and limit of liability is shown.
**Flood coverage is not provided by SOUTHERN FIDELITY and is not a part of this
policy.**

| SECTION I COVERAGE | LIMIT OF LIABILITY | PREMIUMS |
|---|---|---|
| A. DWELLING | $145,000.00 | $1,222.00 |
| B. OTHER STRUCTURES | $14,500.00 | INCLUDED |
| C. PERSONAL PROPERTY | $72,500.00 | INCLUDED |
| D. LOSS OF USE | $29,000.00 | INCLUDED |
| **SECTION II COVERAGE** | | |
| E. PERSONAL LIABILITY | $100,000.00 | INCLUDED |
| F. MEDICAL PAYMENTS | $1,000.00 | INCLUDED |
| **OPTIONAL COVERAGES** | | |
| LIMITED FUNGI,ROT BACTERIA | $10,000/$20,000 | INCLUDED |

TOTAL POLICY PREMIUM INCLUDING ASSESSMENTS AND ALL SURCHARGES:  SEE REVERSE SIDE          $1,249.00

**PLEASE CONTACT YOUR AGENT IF THERE ARE ANY QUESTIONS PERTAINING TO YOUR POLICY.**

| FORMS AND ENDORSEMENTS | | |
|---|---|---|
| HO 0355  (01/06) | HO-0109  (06/16) | |
| HO-0416  (10/00) | HO-0496  (10/00) | |
| OIRB11655 (02/10) | OIRB11670 (01/06) | |
| SFHFLCGCC (04/09) | SFHFLD3  (04/05) | |
| Continued on Forms Schedule | | |

COUNTERSIGNED DATE 05/11/2017

BY *James Grozanella*

**ADDITIONAL INTERESTS**

MORTGAGEE
7600922999
RUSHMORE LOAN MANAGEMENT
SERVICES LLC
ISAOA/ATIMA
PO BOX 692409
SAN ANTONIO TX 78269-2409

## HOMEOWNERS DECLARATION



**SFIC**
Southern Fidelity Insurance Company

P.O. Box 16029
Tallahassee FL 32317-6029

| POLICY NUMBER | POLICY PERIOD | |
|---|---|---|
| | From | To |
| SHO 2036058 01 69 | 05/24/2017 | 05/24/2018 |
| | 12:01 A.M. Standard Time at the described location | |

**For Customer Service and Claims Call 1-866-874-7342.**

| AMENDED DECLARATION | Effective: | 05/24/2017 | Date Issued: | 05/11/2017 |
|---|---|---|---|---|
| CORRECT MORTGAGEE | | | | |

**INSURED:**          **AGENT:**    0921482

| JULIE INGRAM | MFLP INSURANCE LLC |
|---|---|
| 3997 ORKNEY AVE | FARRIS M COX |
| ORLANDO FL 32809 | 6239 S ORANGE BLOSSOM TRL |
| | ORLANDO, FL 32809 |
| Telephone: 321-442-6845 | Telephone: 407-851-8511 |

The residence premises covered by this policy is located at the above insured address unless otherwise stated below:

| 3997 ORKNEY AVE | ORLANDO FL 32809 |
|---|---|

```
          All other perils deductible:  $  1,000.00    Premium: $  1,249.00
               Hurricane Deductible:  $  2,900.00

Note:  The portion of your premium for Hurricane Coverage is:        $     235.00

               SECTION I, SECTION II AND OPTIONAL PREMIUMS       $   1,222.00

               EMERGENCY MANAGEMENT TRUST FUND SURCHARGE         $       2.00
                                       MGA POLICY FEE            $      25.00




   TOTAL POLICY PREMIUM INCLUDING ASSESSMENTS AND ALL SURCHARGES    $   1,249.00

                            CHANGE IN POLICY PREMIUM      $       0.00
```

| | | | | | |
|---|---|---|---|---|---|
| FORM TYPE | HO-3 | YEAR BUILT | 1972 | TOWN/ROW HOUSE | N |
| CONSTRUCT TYPE | F | CONSTRUCT SUPERIOR | N | NUMBER OF FAMILIES | 1 |
| TERRITORY | 090 | PROTECTION CLASS | 04 | PRIOR DEC S/C | N |
| USE CODE | P | HOME UPDATED | Y | MUNICIPAL CODE | 725 |
| COUNTY CODE | 048 | PROT DEVICE/BURGLAR | Y | PROT DEVICE/FIRE | Y |
| PROT DEV/SPRINKLER | N | EXCLUDE CONTENTS | N | WIND/HAIL EXCLUSION | N |
| REPLACEMENT COST | N | OCCUPANCY CODE | OWNER | | |
| COMPANION DISC | N | | | | |

A premium adjustment of $0.00 is included to reflect the building code grade for your area. Adjustments range from a 4.8% surcharge to a 46.1% credit.

# THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES, WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

| Policy Number | Policy Period | |
|---|---|---|
| | From | To |
| SHO 2036058 01 69 | 05/24/2017 | 05/24/2018 |
| | 12:01 A.M. Standard Time at the described location | |

**TOTAL WIND MITIGATION CREDITS**

| | |
|---|---|
| ROOF COVER | N/A |
| ROOF DECK | N/A |
| ROOF SHAPE | N/A |
| ROOF WALL | N/A |
| OPEN PROTECTION | N/A |
| SWR | N/A |
| TERRAIN | N/A |
| FBC WIND SPEED MPH | N/A |
| WIND SPEED OF DESIGN | N/A |
| INTERNAL PRESSURE | N/A |
| WBDR | N/A |

## FORMS SCHEDULE
**(continued from page 1)**

| | | | | |
|---|---|---|---|---|
| SFHFLHD  (04/05) | SFHFLHJ  (04/05) | SFHFLH3  (08/02) | SFHFLLA  (04/05) | SFHFLMC3 (04/05) |
| SFHFLME  (04/05) | SFHFLOL  (04/09) | SFHFLPC  (04/05) | SFHFLPN  (04/05) | SFHFLRL3 (04/09) |

**YOUR POLICY PROVIDES COVERAGE FOR A CATASTROPHIC GROUND COVER COLLAPSE THAT RESULTS IN THE PROPERTY BEING CONDEMNED AND UNINHABITABLE.  OTHERWISE, YOUR POLICY DOES NOT PROVIDE COVERAGE FOR SINKHOLE LOSSES.  YOU MAY PURCHASE ADDITIONAL COVERAGE FOR SINKHOLE LOSSES FOR AN ADDITIONAL PREMIUM.**

**LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE. YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE FROM THE NATIONAL FLOOD INSURANCE PROGRAM. WITHOUT THIS COVERAGE, YOU MAY HAVE UNCOVERED LOSSES. PLEASE DISCUSS THESE COVERAGES WITH YOUR INSURANCE AGENT.**