**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re:

                                                                Case No.: 6:15-bk-09371-KSJ
                                                                                               Chapter 13

**JULIA INGRAM,**

    Debtor.
_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

    **PLEASE TAKE NOTICE** that Chase A. Berger, Esq. and Berger Firm P.A. hereby enter their appearance as counsel for Creditor, **SN SERVICING CORPORATION, AS SERVICER FOR U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CHALET SERIES III TRUST,** ("Secured Creditor"), in these proceedings.

    All parties shall take note that all future pleadings, notices, correspondence and any and all other pertinent data pertaining to the above-styled matter shall be forwarded to the undersigned counsel at the address listed below.

**Dated: August 23, 2018**

                                          Respectfully Submitted,

                                          /s/ Chase A. Berger
                                          Chase A. Berger
                                          Fla. Bar No. 083794
                                          cberger@ghidottiberger.com
                                          **GHIDOTTI | BERGER FIRM P.A.**
                                          *Counsel for Secured Creditor*
                                          3050 Biscayne Boulevard - Suite 402
                                          Miami, Florida 33137
                                          Telephone: (305) 501.2808
                                          Facsimile: (954) 780.5578

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By:   /s/ Chase A. Berger
Chase A. Berger, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 23, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
**Julia Ingram**
3997 Orrney Avenue
Orlando, FL 32809

*Debtor's Counsel*
**Robert B Branson, Esq.**
1501 E. Concord Street
Orlando, FL 32803

*Trustee*
**Laurie K Weatherford**
Post Office Box 3450
Winter Park, FL 32790

*U.S. Trustee*
**United States Trustee - ORL7/13, 7**
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801

By:   /s/ Chase A. Berger
Chase A. Berger, Esq.